**Opinion issued April 2, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00191-CV

———————————

### IN RE AIC MANAGEMENT COMPANY, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, AIC Management Company, has filed a petition for writ of mandamus, seeking an order directing the respondent[1] to vacate his March 4, 2019 "Order on Cross-Motions to Withdraw Funds from the Registry of the Court."

We deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

---

[1]  Respondent is the Honorable Michael Gomez, Judge, 129th District Court of Harris County, Texas.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.